United States District Court
Southern District of Texas
**ENTERED**
April 16, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AGGIELAND INFINITY REAL ESTATE MANAGEMENT, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 4:24-cv-00792 |
| v. | ) ) ) | |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, | ) ) ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties have filed a Stipulation of Dismissal with Prejudice (ECF Doc. #5) requesting the Court enter an order dismissing this case with prejudice. The Court therefore enters the following Order:

IT IS ORDERED that that above-numbered cause of action is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that all costs shall be paid by the party incurring same. IT IS FURTHER ORDERED that the Clerk shall close the Case.

IT IS SO ORDERED.

SIGNED at Houston, Texas on April 15, 2024.

_____
HONORABLE GEORGE C. HANKS, JR
UNITED STATES DISTRICT JUDGE